IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KEILA RIOS,** | : | **CIVIL ACTION** |
| Plaintiff | : | |
| | : | |
| v. | : | No.:   **13-cv-1619** |
| | : | |
| **MARV LOVES 1, MARV LOVES TOO,** | : | |
| **SET IT OFF, WILFREDO BAEZ, and** | : | |
| **MARV LOVE,** | : | |
| Defendants. | : | |

**O R D E R**

**AND NOW**, this   2nd   day of September, 2015, upon consideration of Plaintiff's Motion for Default Judgment (ECF No. 31), Defendants' Motion to Set Aside Default Judgment and File Answer to Amended Complaint (ECF No. 39), and Plaintiff's Reply in Further Support of the Motion for Default Judgment (ECF Nos. 40, 40-2), and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

(1)   Defendants' Motion to Set Aside Default Judgment (ECF No. 39) is **DENIED**;

(2)   Plaintiff's Motion for Default Judgment is (ECF No. 31) is **GRANTED**.   Default Judgment shall be entered in the amount of $75,130 against Marv Loves 1, Marv Loves Too, and Set It Off, and $10,000 against individual defendant Wilfredo Baez.

.

BY THE COURT:


  /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
UNITED STATES MAGISTRATE JUDGE